```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
KENYA PINKSTON-SHAY,                     :        19cv1671 (DLC)
                                         :
               Plaintiff,                :
                                         :
        -v-                              :
                                         :
METROPOLITAN TRANSPORTATION AUTHORITY,   :
                                         :
               Defendant.                X
                                         :
---------------------------------------- :
                                         :
WILLIE A. HECKSTALL, III,                :        19cv3566 (DLC)
                                         :
               Plaintiff,                :             ORDER
                                         :
        -v-                              :
                                         :
METROPOLITAN TRANSPORTATION AUTHORITY,   :
                                         :
               Defendant.                :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 25, 2020, this Court granted the defendant's request to file a certain exhibit to its motion for summary judgment in redacted form. On December 11, 2020, the defendant sent the unredacted version of that exhibit to this Court's Chambers email inbox. This material will not be reviewed. The defendant is reminded that communications with the Court must be filed on ECF.

Parties seeking to file redacted or sealed material are directed to the procedure set forth in Section 6 of the S.D.N.Y. Electronic Case Filing Rules and Instructions and Section 7 of this Court's Individual Practices.  Accordingly, it is hereby

ORDERED that the defendant shall promptly file on ECF the December 11 material submitted to this Court's Chambers email inbox or make an appropriate request on ECF to file such information in redacted form or under seal.

Dated:    New York, New York
          December 18, 2020

_____
DENISE COTE
United States District Judge